IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARLAND PROCTOR,

    Petitioner,                      No. CIV S-07-0377 RRB DAD P

    vs.

B. CURRY, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        On July 12, 2007, petitioner filed a request to voluntarily dismiss his habeas petition in a separate action before the undersigned (No. CIV S-05-2431 MCE DAD), indicating that he is unable to proceed in that action. Petitioner has not filed a similar request in this recently filed action. Good cause appearing, the court will order petitioner to file a declaration in

/////

this action, informing the court of whether he wishes to pursue this action or voluntarily dismiss it.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted; and

2. Within ten days of the date of this order, petitioner shall file a declaration informing the court of whether he wishes to pursue this action or voluntarily dismiss it.

DATED: August 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
proc0377.dec

2