IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARLAND PROCTOR,

      Petitioner,            No. CIV S-07-0377 RRB DAD P

   vs.

B. CURRY,

      Respondent.       ORDER

_____/

      On September 21, 2007, petitioner filed a second request for an extension of time to file a traverse. On September 18, 2007, this court denied petitioner's first request as premature and advised him that no traverse was currently due. Because petitioner did not yet have the opportunity to review the court's order, the court will disregard petitioner's pending request, which is also premature.

      In accordance with the above, IT IS HEREBY ORDERED that petitioner's September 21, 2007 request for an extension of time to file a traverse is disregarded.

DATED: December 4, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
proc0377.111d(2)